THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>Plaintiff, <br><br>v. <br><br>BORRMANN METAL CENTER, a California corporation, <br><br>Defendant. | NO.   2:24-cv-01291-JNW <br><br>JUDGMENT |

**Summary of Judgment**

Judgment Creditor:            Northwest Administrators, Inc.
Judgment Debtor:              Borrmann Metal Center

<u>Amounts Payable to Plaintiff's Trust Fund</u>
Liquidated Damages:           $4,846.33
Interest to Date of Judgment: $245.43
Attorney's Fees:              $921.00
Costs:                        $530.00
Other Recovery Amounts:       NONE
Interest Rate on Costs:       NONE
Attorneys for Judgment
 Creditor:                    Reid, Ballew & Leahy, L.L.P.

THIS MATTER coming on for consideration upon Plaintiffs' motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the

records and file herein, including the Affidavit of Russell J. Reid, the Declaration of Miriam Williams, and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 986 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period May 2024 through July 2024: for liquidated damages of $4,846.33, for pre-judgment interest of $245.43, for attorneys' fees of $921.00; and for costs of $530.00; all for a total of $6,542.76.

JUDGMENT ENTERED this 2nd day of April, 2025.

MARSHA J. PECMAN
United States Senior District Judge

Presented for Entry by:

REID, BALLEW & LEAHY, L.L.P.

By: _____/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com
Attorney for Plaintiff